1018

No. 84–1481.   HUNT v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 84–1499.   JOHNSON v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 84–1593.   BRUNSWICK CORP. v. RIEGEL TEXTILE CORP. C. A. 7th Cir.   Certiorari denied.

No. 84–1622.   BECTON v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 84–1650.   TENNESSEE EX REL. CODY, ATTORNEY GENERAL v. DOLE, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–1673.   SCHOR ET AL. v. CONTICOMMODITY SERVICES, INC., ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 84–1675.   PAKISTAN NATIONAL SHIPPING CORP. v. MOUNT ROYAL MARINE REPAIRS, LTD., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–1687.   BUBAR ET AL. v. AMPCO FOODS, INC., ET AL. C. A. 9th Cir.   Certiorari denied.

No. 84–1701.   VANDENPLAS ET AL. v. CITY OF MUSKEGO ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–1716.   WILSON ET AL. v. NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY OF DURHAM ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 84–6005.   WILLIAMS v. PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 84–6113.   STANLEY v. TEXAS.   Ct. App. Tex., 4th Sup. Jud. Dist.   Certiorari denied.